Railroad Company. A. C. Cass, of New York City, for appellant. F. W. Thomson, of New York City, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

SHAFFER et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Homer Shaffer and others against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

SHAPIRO et al., Respondents, v. QUINT et al., Appellants. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Heyman Shapiro and others against Abraham Quint and others. M. Monfried, of New York City, for appellants. I. L. Broadwin, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHAW v. SHAW et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Gertrude L. Shaw against William Barrett Shaw and another.

PER CURIAM. This order is affirmed, for the reason that there is an interlocutory judgment herein; but the affirmance is not upon the merits, and is without prejudice to an application to the Special Term to set aside, or to vacate, or to open the interlocutory judgment, or the final judgment, if it has been entered herein, and for the relief sought for by this motion. Order affirmed, without costs.

SHEINGOLD v. BAER. (Supreme Court, Appellate Term, Second Department. March, 1912.) Appeal from Municipal Court, Borough of Brooklyn, Third District. Action by Samuel Sheingold against Alfred Baer. From an order denying defendant's motion for a new trial on the ground of fraud and newly discovered evidence, defendant appeals. Reversed, and motion for new trial granted. See, also, 145 App. Div. 943, 130 N. Y. Supp. 1131. Edwin M. Otterbourg, of New York City, for appellant. Reuben Stone, of Brooklyn, for respondent.

PER CURIAM. Without expressing an opinion of the right of the plaintiff to recover, we conclude, after a careful consideration of the record presented on this appeal, that justice requires that there should be a new trial of this action. Order reversed, with $10 costs to appellant to abide the event, and motion for a new trial granted, without costs.

SHEPARD v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Frederic W. Shepard against the City of New York. No opinion. Motion denied, with $10 costs. Settle order on notice.

SHIEL v. STONEHAM. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Pierre A. Shiel against Chas. H. Stoneham. No opinion. Application denied, with $10 costs. Order signed. See, also, 77 Misc. Rep. 125, 135 N. Y. Supp. 1024.

SIEBRECHT, Appellant, v. SIEBRECHT, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Julia W. A. Siebrecht against Henry A. Siebrecht, Jr. No opinion. Judgment (137 N. Y. Supp. 15) affirmed, with costs.

SILVERMAN, Appellant, v. CAPPEL, Respondent. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Hyman H. Silverman against Peter P. Cappel. M. D. Siegel, of New York City, for appellant. I. T. Flatto, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 N. Y. Supp. 1143.

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of the Application of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire lands, etc.; Hill View Reservoir, section No. 1. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions proposed by the corporation counsel certified.

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Appeal from Special Term, Westchester County. Application and petition of J. Edward Simmons and others, constituting the Board of Water Supply, to acquire real estate in the City of Yonkers; Hill View Reservoir, Section No. 2. From so much of an order as denies the motion of William R. Ware and another for an allowance of counsel fees in excess of $2,000, they appeal. Reversed. Benjamin Trapnell, of New York City, for appellants. Louis C. White, of New York City, for city of New York.

PER CURIAM. This case is governed by our recent decision in Matter of Simmons, 151 App. Div. 444, 135 N. Y. Supp. 921, and therefore the order should be reversed, with $10 costs and disbursements, and the matter remitted to the Special Term for further consideration. Inasmuch as this court has allowed an appeal to the Court of Appeals from its order in the former case, which yet remains undetermined, the same course will be followed in this case, should counsel so desire.

SIMPSON et al., Appellants, v. SHERMAN NAT. BANK, Respondent. (Supreme Court,